FILED

2022 Mar-30  PM 01:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: CHRISTY MEDLIN**



County: **20**     Case Number: **CV-2022-900033.00**     Court Action:
Style: **LEO F. CHENEVERT V. CONSTELLIUM SE ET AL**

**Real Time**

## Case

### Case Information

| | | |
|---|---|---|
| County: **20-COLBERT** | Case Number: **CV-2022-900033.00** | Judge: **KWB:KYLE W BROWN** |
| Style: **LEO F. CHENEVERT V. CONSTELLIUM SE ET AL** | | |
| Filed: **02/14/2022** | Case Status: **ACTIVE** | Case Type: **NEGLIGENCE-GENERAL** |
| Trial Type: **JURY** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **4** | |

### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **02/14/2022** | Updated By: **AJA** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - CHENEVERT LEO F.

#### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **CHENEVERT LEO F.** | Type: **I-INDIVIDUAL** |
| Index: **D CONSTELLIUM** | Alt Name: | Hardship: **No**   JID: **KWB** |
| Address 1: **1741 CASWELL ROAD** | | Phone: **(256) 000-0000** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | | | | | | | |
| City: | **DEFUNIAK SPRIN** | State: | **FL** | Zip: | **32433-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | **M** | Race: | |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: | |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | Arrest Date: | |
| Warrant Action Date: | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 2 - Defendant BUSINESS - CONSTELLIUM SE

## Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **CONSTELLIUM SE** | | | Type: | **B-BUSINESS** |
| Index: | **C CHENEVERT LE** | Alt Name: | | Hardship: **No** | JID: | **KWB** |
| Address 1: | **CORPORATION SERVICE CO.** | | | Phone: **(256) 000-0000** | | |
| Address 2: | **80 STATE STREET** | | | | | |
| City: | **ALBANY** | State: | **NY** | Zip: | **12220-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: | |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | Arrest Date: | |
| Warrant Action Date: | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **02/14/2022** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: **03/08/2022** | Service Type **C-CERTIFIED MAIL** | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 3 - Defendant BUSINESS - CONSTELLIUM MUSCLE SHOALS LLC

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | CONSTELLIUM MUSCLE SHOALS LLC | Type: | B-BUSINESS |
| Index: | C CHENEVERT LE | Alt Name: | | Hardship: No | JID: KWB |
| Address 1: | CORPORATION SERVICE CO. | | | Phone: (256) 000-0000 | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | |
| City: | MONTGOMERY | State: AL | | Zip: 36104-0000 Country: US | |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action For: | Court Action Date: |
| Amount of Judgement: | $0.00 | | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 02/14/2022 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | Return: | Return Type: |
| Served: | 02/28/2022 | Service Type C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC | Type: | B-BUSINESS |
| Index: | C CHENEVERT LE | Alt Name: | | Hardship: No | JID: KWB |
| Address 1: | CORPORATION SERVICE CO. | | | Phone: (256) 000-0000 | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | |
| City: | MONTGOMERY | State: AL | | Zip: 36104-0000 Country: US | |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action For: | Court Action Date: |
| Amount of Judgement: | $0.00 | | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 02/14/2022 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | Return: | Return Type: |
| Served: | 02/28/2022 | Service Type C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | | Answer Type: | Notice of No Service: | |

## Party 5 - Defendant BUSINESS - CONSTELLIUM MUSCLE SHOALS FUNDING III LLC

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D004-Defendant | Name: | **CONSTELLIUM MUSCLE SHOALS FUNDING III LLC** | Type: | **B-BUSINESS** |
| Index: | **C CHENEVERT LE** | Alt Name: | | Hardship: **No** | JID: **KWB** |
| Address 1: | **2 N. JACKSON STREET** | | | Phone: **(256) 000-0000** | |
| Address 2: | **SUITE 605** | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: **36104-0000** | Country: **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | | Status Description: |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: **02/14/2022** | Issued Type: **C-CERTIFIED MAIL** | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: **02/28/2022** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: | Notice of No Answer: |
| Answer: | Answer Type: | Notice of No Service: | | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $34.24 | $34.24 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $19.54 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $308.00 | $308.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $487.24 | $506.78 | -$19.54 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/22/2022 | CREDIT | CONV | 2022100 | 2236830 | $19.54 | C001 | 000 | | N | | | CRJ |
| 02/22/2022 | RECEIPT | AOCC | 2022100 | 2236820 | $34.24 | C001 | 000 | | N | | | CRJ |
| 02/22/2022 | RECEIPT | CV05 | 2022100 | 2236840 | $308.00 | C001 | 000 | | N | | | CRJ |
| 02/22/2022 | RECEIPT | JDMD | 2022100 | 2236850 | $100.00 | C001 | 000 | | N | | | CRJ |
| 02/22/2022 | RECEIPT | VADM | 2022100 | 2236860 | $45.00 | C001 | 000 | | N | | | CRJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 2/14/2022 | 5:42 PM | ECOMP | COMPLAINT E-FILED. | HAR278 |
| 2/14/2022 | 5:42 PM | FILE | FILED THIS DATE: 02/14/2022          (AV01) | AJA |
| 2/14/2022 | 5:42 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |

| 2/14/2022 | 5:42 PM | ASSJ | ASSIGNED TO JUDGE: KYLE W BROWN (AV01) | AJA |
|---|---|---|---|---|
| 2/14/2022 | 5:42 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 2/14/2022 | 5:42 PM | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 2/14/2022 | 5:42 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 2/14/2022 | 5:42 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 2/14/2022 | 5:42 PM | C001 | C001 PARTY ADDED: CHENEVERT LEO F. (AV02) | AJA |
| 2/14/2022 | 5:42 PM | C001 | LISTED AS ATTORNEY FOR C001: HARGETT DOUGLAS BARK | AJA |
| 2/14/2022 | 5:42 PM | C001 | LISTED AS ATTORNEY FOR C001: HALL GREGORY RICK | AJA |
| 2/14/2022 | 5:42 PM | C001 | LISTED AS ATTORNEY FOR C001: TANNER JAMES MICHAEL | AJA |
| 2/14/2022 | 5:43 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 2/14/2022 | 5:43 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D001 | CERTIFIED MAI ISSUED: 02/14/2022 TO D001 (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D001 | D001 PARTY ADDED: CONSTELLIUM SE (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D002 | D002 PARTY ADDED: CONSTELLIUM MUSCLE SHOALS LLC | AJA |
| 2/14/2022 | 5:43 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D002 | D002 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D002 | CERTIFIED MAI ISSUED: 02/14/2022 TO D002 (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D002 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D003 | D003 PARTY ADDED: CONSTELLIUM HOLDINGS MUSCLE SHOA | AJA |
| 2/14/2022 | 5:43 PM | D003 | CERTIFIED MAI ISSUED: 02/14/2022 TO D003 (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D003 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D003 | D003 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D004 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D004 | CERTIFIED MAI ISSUED: 02/14/2022 TO D004 (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE (AV02) | AJA |
| 2/14/2022 | 5:43 PM | D004 | D004 PARTY ADDED: CONSTELLIUM MUSCLE SHOALS FUNDIN | AJA |
| 2/14/2022 | 5:43 PM | D004 | D004 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 2/15/2022 | 9:37 AM | D004 | D004 ADDR2 CHANGED FROM: SUITE (AV02) | BLG |
| 2/16/2022 | 1:26 PM | ESCAN | SCAN - FILED 2/16/2022 - RETURN RECEIPT | BLG |
| 3/4/2022 | 2:23 PM | D004 | SERVICE OF CERTIFIED MAI ON 02/28/2022 FOR D004 | BLG |
| 3/4/2022 | 2:23 PM | ESERC | SERVICE RETURN | BLG |
| 3/4/2022 | 2:24 PM | ESERC | SERVICE RETURN | BLG |
| 3/4/2022 | 2:24 PM | D002 | SERVICE OF CERTIFIED MAI ON 02/28/2022 FOR D002 | BLG |
| 3/8/2022 | 12:24 PM | D003 | SERVICE OF CERTIFIED MAI ON 02/28/2022 FOR D003 | BLG |
| 3/8/2022 | 12:24 PM | ESERC | SERVICE RETURN | BLG |
| 3/16/2022 | 2:36 PM | D001 | SERVICE OF CERTIFIED MAI ON 03/08/2022 FOR D001 | BLG |
| 3/16/2022 | 2:36 PM | ESERC | SERVICE RETURN | BLG |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 2/14/2022 5:42:14 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 2/14/2022 5:42:14 PM | 2 | COMPLAINT | | 9 |
| 2/14/2022 5:42:15 PM | 3 | INTERROGATORIES(R33) | First Interrogatories to Defendants | 3 |
| 2/14/2022 5:42:15 PM | 4 | REQUEST FOR PRODUCTION(R34) | First RFP to Defendants | 3 |
| 2/14/2022 5:43:12 PM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 2/14/2022 5:43:12 PM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 4 |
| 2/16/2022 1:26:48 PM | 7 | RETURN RECEIPT | | 4 |
| 3/4/2022 2:23:36 PM | 8 | SERVICE RETURN | SERVICE RETURN | 2 |
| 3/4/2022 2:23:42 PM | 9 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

| 3/4/2022 2:24:12 PM | 10 | SERVICE RETURN | SERVICE RETURN | 2 |
| 3/4/2022 2:24:58 PM | 11 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 3/8/2022 12:24:41 PM | 12 | SERVICE RETURN | SERVICE RETURN | 2 |
| 3/8/2022 12:24:44 PM | 13 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 3/16/2022 2:36:26 PM | 14 | SERVICE RETURN | SERVICE RETURN | 2 |
| 3/16/2022 2:36:30 PM | 15 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

 *END OF THE REPORT*

ELECTRONICALLY FILED
2/14/2022 5:42 PM
20-CV-2022-900033.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca...<br>20...<br><br>Date of Filing:   Judge Code:<br>02/14/2022 |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**

**LEO F. CHENEVERT v. CONSTELLIUM SE ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

  R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

HAR278   2/14/2022 5:42:34 PM   /s/ DOUGLAS B. HARGETT
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

ELECTRONICALLY FILED
2/14/2022 5:42 PM
20-CV-2022-900033.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

| | |
|---|---|
| **LEO F. CHENEVERT,** | |
| **Plaintiff,** | |
| **v.** | |
| **CONSTELLIUM SE, CONSTELLIUM MUSCLE SHOALS LLC, CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC, CONSTELLIUM MUSCLE SHOALS FUNDING III LLC, A, B and C** being the persons or entities who owned or controlled or otherwise had legal responsibility for the safety of the premises on which the Plaintiff was injured; **D, E and F** being those person or entities who negligently or wantonly designed, constructed, inspected, repaired, modified and/or maintained the premises on which the Plaintiff was injured or failed to do these tasks in a manner to render the premises reasonably safe; **G, H and I** being those persons or entities who negligently or wantonly failed to warn the Plaintiff of latent defects in the premises and had a duty to do so,; **J, K and L** being those persons or entities who negligently or wantonly caused or contributed to cause the Plaintiff's injuries; **M, N, and O,** being those persons or entities who negligently or wantonly failed to have appropriate safety devices, equipment or procedures for the load out area where Plaintiff was injured and caused or contributed to cause Plaintiff's injuries; and **P,Q and R** being those persons or entities who negligently or wantonly assumed control and/or direction of Chenevert's work and caused or contributed to cause Chenevert's injuries. | **CIVIL ACTION NO.:**<br><br>**CV-2022-_____** |
| **Defendants.** | |

## COMPLAINT

COMES NOW, the Plaintiff Leo F. Chenevert and as basis for his claim for relief against the Defendants avers as follows:

### <u>PARTIES TO THE ACTION</u>

1.      Leo F. Chenevert ("Chenevert" or "Plaintiff") is an individual of the age of majority and a resident of the State of Florida.

2.      Defendants Constellium Muscle Shoals LLC ("Constellium"), Constellium Holdings Muscle Shoals LLC ("Constellium Holdings"), and Constellium Muscle Shoals Funding III LLC ("Constellium Funding") (collectively "Defendants" or "Constellium") are all Delaware limited liability companies whose primary/principal place of business is 4805 Second Street, Muscle Shoals, Colbert County, Alabama.  Defendant Constellium SE is a world-wide entity organized under the laws of France and/or the Netherlands with its principal place of business outside of Alabama).  The other Constellium Defendants are mere instrumentalities for Constellium SE, which controls their operations and safety issues, having a Board Committee dedicated to implementing uniform safety across all Constellium locations.  Accordingly, under the facts and circumstances, Constellium SE is responsible for the acts and omissions described herein of the other Constellium Defendants, their agents or employees, as well as the other Defendants.

3.      Fictitious Defendants A-C are those persons or entities who owned or controlled or who otherwise had legal responsibility for the safety of the premises on which Chenevert was injured, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

4.     Fictitious Defendants D-F are those persons or entities who negligently or wantonly designed, constructed, inspected, repaired, modified and/or maintained the premises on which Chenevert was injured or failed to do these tasks so as to make the premises reasonably safe, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

5.     Fictitious Defendants G-I are those persons or entities who negligently or wantonly failed to warn Chenevert of latent defects in the premises and who had a duty to do so given the circumstances, including the level of direction and control exercised over Chenevert's work, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

6.     Fictitious Defendants J-L are those persons or entities who negligently or wantonly caused or contributed to cause Chenevert's injuries, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

7.     Fictitious Defendants M-O are those persons or entities who negligently or wantonly failed to have appropriate safety devices, equipment or procedures for the load out area where Plaintiff was injured and caused or contributed to cause Chenevert's injuries, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

8.     Fictitious Defendants P-R are those persons or entities who negligently or wantonly assumed control and/or direction of Chenevert's work and caused or contributed to cause Chenevert's injuries, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

3

9.      Fictitious Defendants S-U are those persons or entities who designed or manufactured a catwalk that was in an unreasonably dangerous condition, and/or failed to provide adequate warnings,  and caused or contributed to cause Chenevert's injuries, whose true identities are unknown to the Plaintiff at this time, but who will be added by amendment when ascertained.

## JURISDICTION AND VENUE

10.      Jurisdiction is proper in this Court pursuant to Alabama Code §§ 12-11-30 (1) as the matter in controversy exceeds $20,000.00.

11.      Venue is proper in this Court pursuant to Alabama Code § 6-3-7 as the events giving rise to the Plaintiff's claim occurred in Colbert County and the Defendants' principal offices are in Colbert County.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

12.      Defendants own and operate an aluminum manufacturing facility in Colbert County, Alabama.  Additionally, Defendants A through R have those roles, duties and/or responsibilities described above.

13.      Chenevert is a truck driver who was hired by Defendants to transport a load of Defendants' product from its place of business in Muscle Shoals to Defendants' customer in Oklahoma.

14.      The directions provided to Plaintiff included brining a 4-foot tarp to cover the load for transport.

15.      On February 20, 2020, Plaintiff was on the premises of Defendants to pick up the load. Plaintiff tarped the load per his instructions and was in the process of leaving the

4

Constellium plant when he was stopped by a Constellium employee or agent, who told Plaintiff that the load was not properly tarped, and directed Plaintiff to return to the loading area and re-tarp the load in accordance with Constellium requirements.

16.     The 4-foot tarp was not large enough to tarp the load as instructed by Defendants. While attempting to make the 4-foot tarp work, Plaintiff lost his balance and fell several feet to a concrete surface.

17.     As a proximate result of his fall, Chenevert suffered severe and permanent bodily injury which required hospitalization and medical treatment and will in the future require medical care and treatment. Chenevert has incurred and will in the future incur hospital, doctor, physical therapy, drug and medical expenses in the treatment of his injuries. Chenevert also has suffered and will in the future suffer physical pain and mental anguish as a proximate result of his bodily injury. Chenevert is permanently disabled as a result of his bodily injury and has lost income and will lose income in the future due to his permanent injury. Chenevert's injuries have and will in the future cause him significant loss of enjoyment of life.

## COUNT I – NEGLIGENCE

18.     Plaintiff adopts and incorporates by reference the allegations set forth in the above paragraphs of the Complaint, as if set forth herein in their entirety.

19.     Defendants owed Plaintiff a duty to exercise reasonable care to have the premises on which Plaintiff was invited to work in a reasonably safe condition for the work that was to be performed, and to not negligently cause injury to the Plaintiff.

20.     Defendants negligently breached their duties to Plaintiff, separately and severally, in a number of respects, including, but not limited to the following:

- Failure to provide adequate fall protection for the task Defendants directed Plaintiff to perform, despite knowledge that falling was a foreseeable hazard associated with the job task;

- Negligently designing, constructing, inspecting, repairing, modifying or maintaining the Premises on which the Plaintiff was injured or failing to do those tasks in a manner so as to render the premises reasonably safe.

- Providing Plaintiff with premises that were not reasonably safe for performing the directed job task;

- Failing to warn Plaintiff of latent defects in the premises;

- Failing to have appropriate safety devices, equipment or procedures so that the work task Plaintiff was directed to perform could be done with reasonable safety;

- Requiring the Plaintiff to re-tarp the load when it was already adequately tarped in accordance with the initial instructions, and was safe to transport;

- Failing to provide proper oversight and/or assistance for the work task Plaintiff was directed to perform;

- Failing to provide proper instructions as to what size tarp would be needed for the transport of Defendants' product;

- Providing Plaintiff with instructions that a 4-foot tarp would be sufficient to tarp the load; and

- Failing to properly respond and provide medical care after Plaintiff's fall.

21.     As a proximate result of Defendants' breaches of duty, Plaintiff suffered the injuries and damages described in paragraph 16 of this Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory damages in an amount to be determined by the jury selected to hear the trial of this case, plus costs.

## COUNT II – WANTONNESS

22.     Plaintiff adopts and incorporates by reference the allegations set forth in the above paragraphs of the Complaint, as if set forth herein in their entirety.

23.     Defendants' breaches of duties owed to the Plaintiff was with reckless disregard for the safety of the Plaintiff so as to constitute wanton conduct under Alabama law.

24.     Defendants' wanton breaches of duty proximately caused the injuries and damages described in paragraph 16 of this Complaint.  Defendant's actions and failures to act were under circumstances justifying an award of punitive damages under Alabama law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount to be determined by the jury selected to hear the trial of this case, plus costs.

## COUNT III – AMELD

25.     Plaintiff incorporates by reference and realleges as if fully set out herein all of the previous allegations of this Complaint.

26.     Defendants S-U are in the business of designing and/or manufacturing catwalks and did design and/or manufacture the catwalk utilized by Constellium in the loading area when the Plaintiff was injured.

27.     The catwalk in question was in a defective unreasonably dangerous condition when put to its intended and/or foreseeable use by the ultimate user or consumer, and also had inadequate warnings with respect to its use, rendering it defective and in an unreasonably dangerous condition.

28.     As a proximate result of the defective unreasonably dangerous condition of the catwalk, Plaintiff suffered the fall and the injuries and damages alleged in the previous allegations of this Complaint.

29. These Defendants acted and failed to act in a manner so as to justify the award of punitive damages under Alabama law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants  for compensatory and punitive damages plus costs.

### PLAINTIFF DEMANDS A TRIAL BY JURY.

Respectfully submitted this 14th day of February, 2022.

**/s/ G. Rick Hall**
G. Rick Hall (HAL043)
Email: rhall@halltanner.com

**/s/ J. Michael Tanner**
J. Michael Tanner (TAN004)
Email: mtanner@halltanner.com

**/s/ Douglas B. Hargett**
Douglas B. Hargett (HAR278)
Email: dhargett@halltanner.com

*Attorney for Plaintiff*

**HALL, TANNER & HARGETT, P.C.**
201 South Court Street, Suite 320
Florence, AL 35630
Tel: 256-381-7750

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL:**

**Constellium SE**
**Corporation Service Company**
**80 State Street**
**Albany, NY 122207-2543**

**Constellium Muscle Shoals LLC**
**Corporation Service Company Inc.**
**641 South Lawrence Street**
**Montgomery, AL 36104**

**Constellium Holdings Muscle Shoals LLC**
**Corporation Service Company Inc.**
**641 South Lawrence Street**
**Montgomery, AL 36104**

**Constellium Muscle Shoals Funding III LLC**
**CT Corporation System**
**2 North Jackson Street, Suite 605**
**Montgomery, AL 36104**

ELECTRONICALLY FILED
2/14/2022 5:42 PM
20-CV-2022-900033.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**

LEO F. CHENEVERT,

        **Plaintiff,**

v.

**CONSTELLIUM SE, CONSTELLIUM MUSCLE SHOALS LLC, CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC, CONSTELLIUM MUSCLE SHOALS FUNDING III LLC, A, B and C being the persons or entities who owned or controlled or otherwise had legal responsibility for the safety of the premises on which the Plaintiff was injured; D, E and F being those person or entities who negligently or wantonly designed, constructed, inspected, repaired, modified and/or maintained the premises on which the Plaintiff was injured or failed to do these tasks in a manner to render the premises reasonably safe; G, H and I being those persons or entities who negligently or wantonly failed to warn the Plaintiff of latent defects in the premises and had a duty to do so,; J, K and L being those persons or entities who negligently or wantonly caused or contributed to cause the Plaintiff's injuries; M, N, and O, being those persons or entities who negligently or wantonly failed to have appropriate safety devices, equipment or procedures for the load out area where Plaintiff was injured and caused or contributed to cause Plaintiff's injuries; and P,Q and R being those persons or entities who negligently or wantonly assumed control and/or direction of Chenevert's work and caused or contributed to cause Chenevert's injuries.**

        **Defendants.**

**CIVIL ACTION NO.:**

**CV-2022-_____**

## FIRST INTERROGATORIES TO DEFENDANTS

COME NOW, the Plaintiff Leo F. Chenevert pursuant to Rule 33 of the Alabama Rules of Civil Procedure and propounds the following interrogatories to each of the Defendants:

1.      Please state your correct legal name and address.

2.      Please state the legal name and address of each entity that operates or is responsible for safety at the aluminum manufacturing plant at 4805 Second Street, Muscle Shoals, Alabama.

3.      Please state the name and address of each employee of the Defendants who have any knowledge or information concerning or relating to the incident described in the Plaintiff's Complaint, including all personnel interacting with the Plaintiff on the date of his accident, stating the purpose of the interaction.

4.      Please state the name and job title of employees of the Defendants who have as part of their job duties safety training or instruction for visitors to the Constellium plant in Muscle Shoals, Alabama.

5.      Please state the name and job title of the supervisor or director of the shipping and receiving department at the Constellium plaint in Muscle Shoals, Alabama.

6.      Please state the name, address, and telephone number of each person who you believe may have knowledge of relevant information concerning the accident made the basis of the Complaint and issues raised therein, or your defenses.

7.      Please state the name and address of each person you expect to call to testify as an expert witness at the trial of this case, and for each person provide the information allowed for in Rule 26 of the Alabama Rules of Civil Procedure.

Respectfully submitted this 14th day of February, 2022.

**/s/ G. Rick Hall**
G. Rick Hall (HAL043)
Email: rhall@halltanner.com

**/s/ J. Michael Tanner**
J. Michael Tanner (TAN004)
Email: mtanner@halltanner.com

**/s/ Douglas B. Hargett**
Douglas B. Hargett (HAR278)
Email: dhargett@halltanner.com

*Attorney for Plaintiff*

**HALL, TANNER & HARGETT, P.C.**
201 South Court Street, Suite 320
Florence, AL 35630
Tel: 256-381-7750
Fax:   256-381-4449

**TO BE SERVED WITH PLAINTIFF'S COMPLAINT.**

ELECTRONICALLY FILED
2/14/2022 5:42 PM
20-CV-2022-900033.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT,

    **Plaintiff,**

v.

CONSTELLIUM SE, CONSTELLIUM
MUSCLE SHOALS LLC, CONSTELLIUM
HOLDINGS MUSCLE SHOALS LLC,
CONSTELLIUM MUSCLE SHOALS
FUNDING III LLC, A, B and C being the
persons or entities who owned or controlled
or otherwise had legal responsibility for the
safety of the premises on which the Plaintiff
was injured; D, E and F being those person or
entities who negligently or wantonly designed,
constructed, inspected, repaired, modified
and/or maintained the premises on which the
Plaintiff was injured or failed to do these
tasks in a manner to render the premises
reasonably safe; G, H and I being those
persons or entities who negligently or
wantonly failed to warn the Plaintiff of latent
defects in the premises and had a duty to do
so,; J, K and L being those persons or entities
who negligently or wantonly caused or
contributed to cause the Plaintiff's injuries;
M, N, and O, being those persons or entities
who negligently or wantonly failed to have
appropriate safety devices, equipment or
procedures for the load out area where
Plaintiff was injured and caused or
contributed to cause Plaintiff's injuries; and
P,Q and R being those persons or entities who
negligently or wantonly assumed control
and/or direction of Chenevert's work and
caused or contributed to cause Chenevert's
injuries.

    **Defendants.**

**CIVIL ACTION NO.:**

**CV-2022-_____**

## FIRST REQUEST FOR PRODUCTION TO DEFENDANTS

COME NOW, the Plaintiff Leo F. Chenevert pursuant to Rule 34 of the Alabama Rules of Civil Procedure and requests each Defendant produce for inspection and copying the following documents and things:

## <u>DEFINITIONS</u>

1.      "Document(s)" refers to all writings of any kind, including the originals and all non-identical copies, whether different from the original by reason of any notation on such copies or otherwise, including, but not limited to, correspondence, memoranda, e-mails, text messages, social media posts, notes, diaries, statistics, letters, materials, invoices, orders, directives, interviews, telegrams, minutes, reports, studies, statements, transcripts, summaries, pamphlets, books, interoffice and intra office communications, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, teletype, telefax, telecopy, work sheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or aural recordings or representations of any kind, including without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, audio recordings, records, motion pictures, and electronic, mechanical, or electrical recordings or representations of any kind, including without limitation, tapes, cassettes, cartridges, discs, chips, and recordings.

## <u>REQUEST FOR PRODUCTION</u>

1.      Any and all documents evidencing or relating to the incident descried in the Complaint, including but not limited to any investigation of the incident.

2.      Any and all February 20, 2020, video footage of the area of the plant where the incident described in the Complaint occurred.

3.      Any and all audio recordings or transcriptions of telephone conversations with either Leo Chenevert or Diane Chenevert, or anyone else regarding in any manner the incident described in the complaint, including its cause.

4.      Any and all documents evidencing or relating to any safety instructions or safety training given to employees or visitors to the Constellium Plant in Muscle Shoals, Alabama.

5.      Any and all documents evidencing or relating to safety rules, procedures, guidelines or practices for the Constellium Muscle Shoals plant and all other Constellium locations, including, but not limited to, safety rule specific to the Shipping and Receiving Department and the loading and unloading of trucks.

6.      Any and all documents depicting, describing or evidencing the Shipping and Receiving Department and loading and unloading area for trucks at the Muscle Shoals plant and all other Constellium locations.

7.      Any and all documents reflecting actual or planned changes, renovations, modifications or improvements to the Muscle Shoals plant Shipping and Receiving Department and area for loading and unloading of trucks in the last 5 years.

Respectfully submitted this 14th day of February, 2022.

**/s/ G. Rick Hall**
G. Rick Hall (HAL043)
Email: rhall@halltanner.com

**/s/ J. Michael Tanner**
J. Michael Tanner (TAN004)
Email: mtanner@halltanner.com

**/s/ Douglas B. Hargett**
Douglas B. Hargett (HAR278)
Email: dhargett@halltanner.com

*Attorney for Plaintiff*

**HALL, TANNER & HARGETT, P.C.**
201 South Court Street, Suite 320
Florence, AL 35630
Tel: 256-381-7750
Fax:    256-381-4449

**TO BE SERVED WITH PLAINTIFF'S COMPLAINT.**



AlaFile E-Notice

20-CV-2022-900033.00

To:   DOUGLAS B. HARGETT
      dhargett@halltanner.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following complaint was FILED on 2/14/2022 5:42:15 PM

Notice Date:     2/14/2022 5:42:15 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

To:  CONSTELLIUM SE
CORPORATION SERVICE CO.
80 STATE STREET
ALBANY, NY, 12220

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following complaint was FILED on 2/14/2022 5:42:15 PM

Notice Date:     2/14/2022 5:42:15 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

To:  CONSTELLIUM MUSCLE SHOALS LLC
CORPORATION SERVICE CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following complaint was FILED on 2/14/2022 5:42:15 PM

Notice Date:     2/14/2022 5:42:15 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

To:  CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC
CORPORATION SERVICE CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following complaint was FILED on 2/14/2022 5:42:15 PM

Notice Date:   2/14/2022 5:42:15 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

To: CONSTELLIUM MUSCLE SHOALS FUNDING III LLC
2 N. JACKSON STREET
SUITE
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following complaint was FILED on 2/14/2022 5:42:15 PM

Notice Date:     2/14/2022 5:42:15 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900033.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**
**LEO F. CHENEVERT V. CONSTELLIUM SE ET AL**

**NOTICE TO:** CONSTELLIUM SE, CORPORATION SERVICE CO. 80 STATE STREET, ALBANY, NY 12220

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DOUGLAS B. HARGETT                                                                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 201 SOUTH COURT STREET, SUITE 320, FLORENCE, AL 35630                            .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LEO F. CHENEVERT

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 02/14/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.            /s/ DOUGLAS B. HARGETT

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____.

*(Date)*

_____            _____            _____

*(Type of Process Server)*            *(Server's Signature)*            *(Address of Server)*

_____            _____

*(Server's Printed Name)*            *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900033.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### LEO F. CHENEVERT V. CONSTELLIUM SE ET AL

**NOTICE TO:** CONSTELLIUM MUSCLE SHOALS LLC, CORPORATION SERVICE CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DOUGLAS B. HARGETT ,

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: 201 SOUTH COURT STREET, SUITE 320, FLORENCE, AL 35630 .

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LEO F. CHENEVERT

pursuate to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 02/14/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested. /s/ DOUGLAS B. HARGETT

<em>(Plaintiff's/Attorney's Signature)</em>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

<em>(Name of Person Served)</em>     <em>(Name of County)</em>

Alabama on .

<em>(Date)</em>

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
|  | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900033.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA**
**LEO F. CHENEVERT V. CONSTELLIUM SE ET AL**

**NOTICE TO:** CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC, CORPORATION SERVICE CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DOUGLAS B. HARGETT ,

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 201 SOUTH COURT STREET, SUITE 320, FLORENCE, AL 35630 .

[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LEO F. CHENEVERT

pursuant to the Alabama Rules of the Civil Procedure. [Name(s)]

| 02/14/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested. /s/ DOUGLAS B. HARGETT

(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

| (Name of Person Served) | | (Name of County) |
|---|---|---|

Alabama on .

(Date)

| (Type of Process Server) | (Server's Signature) | (Address of Server) |
|---|---|---|
| | (Server's Printed Name) | (Phone Number of Server) |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2022-900033.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### LEO F. CHENEVERT V. CONSTELLIUM SE ET AL

**NOTICE TO:** CONSTELLIUM MUSCLE SHOALS FUNDING III LLC, 2 N. JACKSON STREET SUITE, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DOUGLAS B. HARGETT_____,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 201 SOUTH COURT STREET, SUITE 320, FLORENCE, AL 35630_____.

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LEO F. CHENEVERT pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/14/2022 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ DOUGLAS B. HARGETT_____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____     _____     _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____     _____

*(Server's Printed Name)*     *(Phone Number of Server)*

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Cunstellium SE

Street and Apt. No., or PO Box No.  W2O2A00033

City, State, ZIP+4®  Dool

7020 3160 0002 2932 5595

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

FEB 15 2022
Postmark
Here
USPS

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ _____
- ☐ Return Receipt (electronic)  $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required  $ _____
- ☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

FEB 15 2022

**Postage**

$

**Total Postage and Fees**

$

*Sent To* Constellium Muscle Shoals

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4* W22-900033 D002

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0000 2262 5413

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

TUSCUMBIA, AL 35674
FEB 1 2022
USPS

Postage

$

Total Postage and Fees

$

Sent To  Constellium Holdings M.S. LLC

Street and Apt. No., or PO Box No.  W22-900033  D003

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

9095 5632 2642 2000 0416 3120 2020

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage

$

Total Postage and Fees

$



Postmark
Here

Sent To  Constellium M.S. Funding III, LLC

Street and Apt. No., or PO Box No.   D004

City, State, ZIP+4   W22-900033

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

5583 5555 2962 2662 2000 3160 0942 0202

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

CONSTELLIUM MUSCLE SHOALS FUNDING III LLC
2 N. JACKSON STREET
SUITE 005
MONTGOMERY, AL 36104

9590 9402 7145 1251 8786 52

7020  3160  0002  2932  5583

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jennie Lockwood_   □ Agent
                                □ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  MAR 2 8 2022

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

CW22-900033  D004

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ ~~Collect on Delivery~~
□ ~~Collect on Delivery Restricted Delivery~~
□ ~~Insured Mail~~
□ Insured Mail Restricted Delivery
  (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

MONTGOMERY AL 360

2 MAR 2022 PM 3 L

9590 9402 7145 1251 8786 52

United States
Postal Service

FILED IN OFFICE
MARK R. EADY
CIRCUIT COURT CLERK

2022 MAR -4  PH 2: 17

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL. 35674



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:   HARGETT DOUGLAS BARKLEY
        dhargett@halltanner.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D004 CONSTELLIUM MUSCLE SHOALS FUNDING III LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To: HALL GREGORY RICK
rhall@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D004 CONSTELLIUM MUSCLE SHOALS FUNDING III LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:  TANNER JAMES MICHAEL
     mtanner@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D004 CONSTELLIUM MUSCLE SHOALS FUNDING III LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

## SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

CONSTELLIUM MUSCLE SHOALS LLC
CORPORATION SERVICE CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104



9590 9402 7145 1251 8786 83

2. Article Number *(Transfer from service label)*

7020 3160 0002 2932 5613

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *Kelly Webster*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

2-28-22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

CV22-900033 Dooa

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
MARK R. EADY
CIRCUIT COURT CLERK

2022 MAR -4  PM 2: 17

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL 35674

USPS TRACKING #

MONTGOMERY AL 360

2 MAR 2022 PM 4 L

9590 9402 7145 1251 8786 83

United States
Postal Service



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:  HARGETT DOUGLAS BARKLEY
     dhargett@halltanner.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D002 CONSTELLIUM MUSCLE SHOALS LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:   HALL GREGORY RICK
      rhall@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D002 CONSTELLIUM MUSCLE SHOALS LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:   TANNER JAMES MICHAEL
      mtanner@halltanner.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D002 CONSTELLIUM MUSCLE SHOALS LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC
CORPORATION SERVICE CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

9590 9402 7145 1251 8786 90

2. Article Number *(Transfer from service label)*

7020 3160 0002 2932 5606

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kelly Webster*   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

2-25-22

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

CW22·900033 DOC3

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7145 1251 8786 90

United States
Postal Service

FILED IN OFFICE
MARK R. EADY
CIRCUIT COURT CLERK

2022 MAR -8  PM 12: 24

• Sender: Please print your name, address, and ZIP® in this box•

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL. 35674



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To: HARGETT DOUGLAS BARKLEY
dhargett@halltanner.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D003 CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:   HALL GREGORY RICK
      rhall@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D003 CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



**AlaFile E-Notice**

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:   TANNER JAMES MICHAEL
      mtanner@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 2/28/2022

D003 CONSTELLIUM HOLDINGS MUSCLE SHOALS LLC
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONSTELLIUM SE
CORPORATION SERVICE CO.
80 STATE STREET
ALBANY, NY 12220

9590 9402 7145 1251 8786 69

2.
7020 3160 0002 2932 5590

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

Waa. 700033 D001

C9C   3/8/22

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7145 1251 8786 69

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
MARK R. EADY
CIRCUIT COURT
2022 MAR 16  PM 2: 28

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL. 35674



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:  HARGETT DOUGLAS BARKLEY
     dhargett@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 3/8/2022

D001 CONSTELLIUM SE
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To: HALL GREGORY RICK
rhall@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 3/8/2022

D001 CONSTELLIUM SE
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2022-900033.00

Judge: KYLE W BROWN

To:   TANNER JAMES MICHAEL
      mtanner@halltanner.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

LEO F. CHENEVERT V. CONSTELLIUM SE ET AL
20-CV-2022-900033.00

The following matter was served on 3/8/2022

D001 CONSTELLIUM SE
Corresponding To
CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov